*Northern District*

## No. 8424

## PETER DEL SOLIA
## v.
## CAMPBELL SALES CO., dba

Argued _____. Decided: November 9, 1976.

Case tried to *Cullen, J.,* in the Fourth District Court of Eastern Middlesex. Number: 1157/74.

Present: Cowdrey, P.J.; Flynn, Forte, J.J.

This action is before the Appellate Division on a Petition to Establish a Report.

The action was tried and judgment was entered on December 10, 1975, notices of which were sent to counsel on December 15, 1975. Pursuant to Dist./Mun. Cts. R. Civ. P. 64(c) (ii), a draft report was timely filed. On its face, the draft report complies with Dist./-Mun. Cts. R. Civ. P. 64(c)(2).

On January 27, 1976, without a hearing which is required by Rule 64(c)(4) (unless the trial justice intends to allow the draft report), the draft report was disallowed without any reasons given therefor. Rule 64(c)(5) requires a justice to "set forth in writing succinctly the facts and reasons for such disallowance". *Comfort Air Systems, Inc. v. Cacopardo,* Mass. Adv. Sh. (1976) 1209.

Therefore, pursuant to G.L.c. 231, §110 as amended by St. 1973, c. 1114, §198, this matter is returned to the trial justice for a hearing on the draft report pursuant to Dist./Mun. Cts. R. Civ. P. 64.